1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GARY MORSE,

       Plaintiff,

  v.

BOSTON SCIENTIFIC CORPORATION,

       Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

1:06-CV-00508 OWW GSA

ORDER REGARDING SHORTENING TIME FOR HEARING ON JOINT MOTION FOR PROTECTIVE ORDER AND REQUEST FOR DISPOSITION WITHOUT NECESSITY OF HEARING

(Document 19)

   Pursuant to the stipulation of the parties hereto by their respective attorneys, which was filed on November 16, 2007:

   1.  The Joint Motion for Protective Order filed concurrently with the stipulation on November 16, 2007, can be heard on shortened notice on the earliest date subject to the convenience of the Magistrate and the Court; and

   2.  The resolution of the Joint Motion for Protective Order can be resolved by the Court without the necessity of a hearing.

   IT IS SO ORDERED.

**Dated: November 26, 2007**     **/s/ Gary S. Austin**
                  UNITED STATES MAGISTRATE JUDGE