Matthew L. Marshall, Esq., State Bar No. 168013
MORRIS POLICH & PURDY LLP
1055 West Seventh Street
24th Floor
Los Angeles, California 90017
Telephone: (213) 891-9100

Attorneys for Defendant
BOSTON SCIENTIFIC CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY MORSE, | Case No.: 1:06-CV-00508-OWW-GSA |
| Plaintiff | **REVISED SCHEDULING ORDER** |
| vs. | |
| BOSTON SCIENTIFIC CORPORATION, | |
| Defendant | |

WHEREAS, a Pre-Trial Conference was held in this matter on November 19, 2007, at which time all counsel appeared, and at which time, the Court determined that the parties were not ready to proceed with the trial of this matter as scheduled for January 8, 2008;

WHEREAS, counsel for the parties informed the Court of the non-expert and expert discovery matters that remained to be completed;

THEREFORE, the court hereby makes and enters the following orders:
///

1. Fact discovery shall be completed not later than February 15, 2008;
2. Rule 26 (a)(2)(B) reports shall be completed and served on all parties not later than February 20, 2008;
3. Any supplemental Rule 26 (a)(2)(B) reports shall be completed and served on all parties not later than March 10, 2008;
4. Expert discovery shall be completed not later than April 10, 2008;

     5.     The last day to file non-dispositive motions, including discovery motions, shall be April 25, 2008;

     6.     The hearing date for non-dispositive motions, including discovery motions, shall be May 30, 2008;

     7.     The last day to file dispositive motions shall be May 25, 2008;

     8.     The hearing date for dispositive motions shall be June 30, 2008;

     9.     The pre-trial conference shall take place on July 21, 2008 at 11:00 a.m. in Courtroom 3 of the above-entitled Court;

     10.    Trial shall commence on August 19, 2008, at 9:00 a.m. in Courtroom 3 of the above-entitled Court.

     11.    The previous trial date of January 8, 2008 is hereby vacated.

IT IS SO ORDERED.

Date: 11/29/2007                                 /s/ Oliver W. Wanger
                                                  United States District Judge