# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GARY MORSE, | ) | 1:06-CV-00508 OWW GSA |
| | ) | |
| Plaintiff, | ) | ORDER REGARDING JOINT MOTION FOR PROTECTIVE ORDER |
| v. | ) | (Document 20) |
| BOSTON SCIENTIFIC CORPORATION, | ) | |
| Defendant. | ) | |

The Joint Motion for Protective Order came on for hearing on shortened notice and was submitted for disposition without the necessity of a hearing pursuant to the stipulation of the parties. After consideration of the arguments submitted in the Joint Motion for Protective Order for and against the inclusion of the disputed paragraph 3(f) the Proposed Stipulation and Order Regarding Confidential Information, and good cause appearing therefor, the Court orders that the Proposed Order Regrading Confidential Information (Exhibit 1 to the Joint Motion for Protective Order) be entered into by the parties without proposed paragraph 3(f). The parties are hereby directed to submit and file their Stipulation and Proposed Order Regarding Confidential Information without paragraph 3(f) within ten (10) days of the date of this Order.

IT IS SO ORDERED.

Dated:   **November 30, 2007**                /s/ **Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE

1