# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY MORSE, | Case No.: 1:06-CV-00508-OWW-GSA |
| Plaintiff, | |
| vs. | **ORDER REGARDING**<br>**CONFIDENTIAL INFORMATION** |
| BOSTON SCIENTIFIC CORPORATION, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the following terms and conditions shall govern the treatment of Confidential Information in this proceeding:

1. "Confidential Information" is information relating to a party's trade secrets, research and development, marketing or training, confidential business, commercial or proprietary information, or other information reasonably sought to be kept confidential.

2. Any party may reasonably designate any document containing Confidential Information, or portion thereof, which it may produce as "Confidential" by labeling the documents to be so designated as "Confidential."

-1-
**ORDER REGARDING CONFIDENTIAL INFORMATION**

PDF created with pdfFactory trial version www.pdffactory.com

3. Anyone who is provided with Confidential Information under this Order shall use such information solely in connection with this action, *GARY MORSE v. BOSTON SCIENTIFIC CORPORATION*, Case No. 1:06-CV-00508-OWW- NEW (WMW), shall keep such information strictly confidential, and shall in no way divulge such information, or any portion, summary, abstract or other derivation thereof, to any firm, person or entity, except as follows:

    (a) Attorneys representing or advising a party in connection with this action, and their paralegals or their other employees who require access to Confidential Information for the purpose of litigation of this action; or

    (b) To a named party in this action or their insurer, provided that the party or insurer signs a Declaration regarding Confidential Information in the form attached hereto as Exhibit "A"; or

    (c) To outside experts or consultants retained in connection with this action, provided that such experts and/or consultants sign a Declaration regarding Confidential Information in the form attached hereto as Exhibit "A"; or

    (d) To witnesses who testify at depositions, hearings, or at trial, if any such further proceedings occur in this case, provided that such witnesses sign a Declaration regarding Confidential Information in the form attached hereto as Exhibit "A"; or

    (e) To court reporters appearing at depositions, hearings or at trial, if any such further proceedings occur in this case, provided that the court reporter is advised that the materials have been designated as Confidential, and agrees to keep such information confidential.

4. Prior to disclosing Confidential Information to any expert or consultant, or to a party or an insurer, counsel shall require the expert consultant, party or insurer to execute a Declaration regarding Confidential Information, in the form attached hereto as Exhibit "A". Counsel shall retain the executed Declaration in its files during the pendency of this litigation,

**ORDER REGARDING CONFIDENTIAL INFORMATION**

PDF created with pdfFactory trial version www.pdffactory.com

and upon request shall make the executed Declaration available for inspection to the requesting party or the Court.

5. Any deposition which a party determines will or might reasonably include disclosure of Confidential Information shall be attended only by those persons entitled to receive such Confidential Information pursuant to Paragraph 3 of this Stipulation and Order. During a deposition, any party may ask the reporter to designate certain portions of the testimony as Confidential, in which case the Confidential portions shall be separately transcribed and labeled as Confidential. In addition, within thirty (30) days after a copy of the transcript taken at the deposition is delivered to the parties, counsel may designate the entirety or any specified portion of the transcript or exhibits thereto as Confidential by letter to the opposing party. Until such thirty-day period expires, the entirety of such transcripts and all exhibits thereto shall be treated as Confidential and subject to this Stipulation and Order. After such thirty-day period expires, such transcripts, exhibits or portions thereof designated as Confidential shall be treated as such under this Stipulation and Order. If no such designation is made within thirty days, such transcripts or exhibits shall not be subject to this Stipulation and Order.

6. Should documents or transcripts designated as Confidential be used as exhibits to any court filing or in any court proceeding in this action, the party intending to submit Confidential material to the Court shall first notify all parties of the intent to do so, and then all such documents, exhibits or transcripts containing any such information shall be filed under seal, in a sealed envelope (or other sealed container) marked with the title of this action, the title of each such transcript or document being filed, and a statement substantially in the following form:

### CONFIDENTIAL

Pursuant to the Order of the Court dated _____, 2007, this envelope containing the above-entitled transcripts or documents filed by [the name of the party], is not to be opened nor the contents thereof displayed or revealed, except in accordance with an Order of the Court.

PDF created with pdfFactory trial version www.pdffactory.com

7. If any party to the litigation disputes the designation of any document or information as Confidential Information, the parties shall attempt to resolve by agreement the question of whether or on what terms the document or information is entitled to confidential treatment.  The party objecting to the Confidential designation shall notify the designating party, and the designating party shall respond within ten (10) days.  If the parties are unable to agree as to whether the document or information is properly designated as Confidential Information, the party objecting to the designation may file an appropriate motion with the Court.  Until a resolution of the dispute is achieved either through consent or Court Order, the parties shall treat the designated document or information as Confidential Information.

8. Upon the termination of this action, whether by Court order, judgment, settlement, or otherwise, including the termination of any appeals, each party will return to the other all documents designated as Confidential and all copies or reproductions of such documents, and destroy any workpapers, work product, notes, analyses, or other documents that contain any information derived from, based upon, or referring to any Confidential Information.  The return of Confidential materials shall be completed within thirty (30) days after termination of the action.  This Order, and the obligation to keep Confidential Information confidential, shall survive the final termination of this action.

9. If any party who has received Confidential Information is asked to produce such information, by subpoena or otherwise, for purposes of use in a separate legal action, the party receiving such a request shall promptly inform the producing party that such request has been received and shall object to such request on the basis of this Order.

10. Nothing in this Order shall be deemed a waiver of any type of privilege applicable to any type of information in this or any other action or proceeding.  Nothing in this Order shall be construed to affect the evidentiary admissibility of any Confidential Information.

11. This Order shall not prevent any party from applying to the Court for modification of the Order or for further relief.

**ORDER REGARDING CONFIDENTIAL INFORMATION**

PDF created with pdfFactory trial version www.pdffactory.com

12. Failure to comply with this Order shall be a basis for monetary sanctions or other appropriate relief.

In addition to the foregoing, the parties are directed to comply with Local Rule 39-141 regarding the sealing of documents.

IT IS SO ORDERED.

Dated:  December 18, 2007          /s/ Gary S. Austin
                                   HONORABLE GARY S. AUSTIN
                                   UNITED STATES DISTRICT COURT

**ORDER REGARDING CONFIDENTIAL INFORMATION**
PDF created with pdfFactory trial version www.pdffactory.com

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY MORSE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BOSTON SCIENTIFIC CORPORATION,<br><br>　　　　　Defendant. | Case No.: 1:06-CV-00508-OWW-GSA<br><br>**DECLARATION OF REGARDING CONFIDENTIAL INFORMATION** |

　　I, _____, declare and state as follows:

　　1.　I live at _____. I am employed by _____, and hold the position of _____. I have read and I understand the protective order entered in *GARY MORSE v. BOSTON SCIENTIFIC CORPORATION*, Case No. 1:06-CV-00508-OWW- NEW (WMW), and a copy of the protective order has been provided to me.

　　2.　I promise that any Confidential Information or materials within the meaning of the protective order will be used by me only to assist the attorneys in connection with the litigation of this matter.

-6-
**ORDER REGARDING CONFIDENTIAL INFORMATION**

PDF created with pdfFactory trial version www.pdffactory.com

3. I promise that I will not disclose or discuss the Confidential Information or materials with anyone other than the persons described in paragraph 3 of the Stipulation and Order Regarding Confidential Information.

4. I promise to return all documents and materials, and copies of documents and materials designated as Confidential and subject to the protective order to the attorney who provided me with the Confidential Information or materials.

5. I understand that any disclosure or use of Confidential Information or materials in any manner contrary to the provisions of the protective order will subject me to sanctions for contempt of the Court's order, and I consent to the jurisdiction of this Court for appropriate proceedings in the event of any alleged violation of this protective order.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on _____, 200__, at _____ (city) _____ (state).

                                                                                  Declarant

PDF created with pdfFactory trial version www.pdffactory.com