THOMAS A. BRILL, SBN 125356
Law Offices of Young & Nichols
1901 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 861-7911
Facsimile: (661)861-7932

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| GARY MORSE | CASE NO.: 1:06-CV-00508-OWW-LJO |
|---|---|
| Plaintiff, vs. | |
| BOSTON SCIENTIFIC CORPORATION, et al. | **ORDER ON PLAINTIFF'S EX PARTE APPLICATION FOR ORDER CONTINUING HEARING DATE FOR SUMMARY JUDGMENT MOTION** |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

This matter came on for Ex-Parte hearing on June 9, 2008 at 10:00 a.m. in

Courtroom 3 of the United District Court, Eastern District of the State of California

before the Honorable Oliver W. Wanger to consider Plaintiff's Ex-Parte

Page **1** of **2**
**[PROPOSED] ORDER ON PLAINTIFF'S EX PARTE APPLICATION FOR ORDER CONTINUING HEARING DATE FOR SUMMARY JUDGMENT MOTION**

Application for an Order Continuing the Hearing Date for the Defendant's Motion for Summary Judgment.

Appearing personally on behalf of plaintiff, GARY MORSE was Thomas A. Brill from the Law Offices of Young & Nichols.

Appearing by telephone on behalf of defendant, BOSTON SCIENTIFIC CORPORATION was Matthew Marshall from the Law Offices of Morris, Polich & Purdy.

The Court, having duly considered all papers submitted by plaintiffs, any opposition raised by interested parties, relevant statutory and case law, hereby makes the following Order:

1. Plaintiff's response to Defendant's Motion for Summary Judgment is now due on June 23, 2008, at 12:00 Noon.

2. Defendant's reply to Plaintiff's response is now due on June 27, 2008, at 12:00 Noon.

3. The hearing on Defendant's Motion for Summary Judgment remains as currently scheduled on June 30, 2008.

**IT IS SO ORDERED.**

Dated: June 13, 2008    /s/ OLIVER W. WANGER
                       HONORABLE OLIVER W. WANGER
                       U.S. DISTRICT COURT JUDGE

**[PROPOSED] ORDER ON PLAINTIFF'S EX PARTE APPLICATION FOR ORDER CONTINUING HEARING DATE FOR SUMMARY JUDGMENT MOTION**