Matthew L. Marshall, Esq., State Bar No. 168013
MORRIS POLICH & PURDY LLP
1055 West Seventh Street
24th Floor
Los Angeles, California 90017
Telephone: (213) 891-9100

Attorneys for Defendant
BOSTON SCIENTIFIC CORPORATION

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY MORSE, | Case No.: 1:06-CV-00508-OWW-LJO |
| Plaintiff | **STIPULATION AND ORDER FOR EXTENSION OF DATE TO EXCHANGE SUPPLEMENTAL EXPERT REPORTS** |
| vs. | |
| BOSTON SCIENTIFIC CORPORATION, | |
| Defendant | |

All parties herein, by and through their respect attorneys of record, hereby stipulate as follows:

WHEREAS a Revised Scheduling Order was entered by the Court in this on November 30, 2007 extending pretrial deadlines;

WHEREAS the parties are continuing with expert discovery in this case, but have not yet completed certain specific discovery matters;

WHEREAS the parties desire to further extend the pre-trial deadlines previously entered by the Court as to the following matter only;

-1-
**STIPULATION AND ORDER FOR EXTENSION OF PRETRIAL DEADLINES**

IT IS HEREBY STIPULATED THAT:

1. The date by which the parties shall produce their experts' supplemental Rule 26 (a)(2)(B) reports with regard to experts Bruce Agel and Larry Eiselstein, Ph.D shall now be July 18, 2008.

2. The date by which the parties shall produce their experts' supplemental Rule 26 (a)(2)(B) reports with regard to experts Robert Shuman, M.D. and Steven DeMeester, M.D. shall now be July 14, 2008.

3. All other dates shall remain as scheduled.

IT IS SO STIPULATED.

Dated: July ____, 2008        **YOUNG & NICHOLS**

By: _____
    Thomas A. Brill
    Attorneys for Plaintiff
    GARY MORSE

Dated: July ____, 2008        **MORRIS POLICH & PURDY LLP**

By: _____
    Matthew L. Marshall
    Attorneys for Defendant
    BOSTON SCIENTIFIC
    CORPORATION

-2-
**STIPULATION AND ORDER FOR EXTENSION OF PRETRIAL DEADLINES**

PDF created with pdfFactory trial version www.pdffactory.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY MORSE, | Case No.: 1:06-CV-00508-OWW-LJO |
| Plaintiff | **ORDER FOR EXTENSION OF PRETRIAL DEADLINES** |
| vs. | |
| BOSTON SCIENTIFIC CORPORATION, | |
| Defendant | |

After reviewing the stipulation by the parties to extend certain deadlines for the completion of discovery in this matter, the Court hereby makes and enters the following order:

1.  The date by which the parties shall produce their experts' supplemental Rule 26 (a)(2)(B) reports with regard to experts Bruce Agel and Larry Eiselstein, Ph.D shall now be July 18, 2008.

-3-

**STIPULATION AND ORDER FOR EXTENSION OF PRETRIAL DEADLINES**

PDF created with pdfFactory trial version www.pdffactory.com

2. The date by which the parties shall produce their experts' supplemental Rule 26 (a)(2)(B) reports with regard to experts Robert Shuman, M.D. and Steven DeMeester, M.D. shall now be July 14, 2008.

3. All other dates shall remain as scheduled.

IT IS SO ORDERED.

Dated: July 14, 2008            /s/ OLIVER W. WANGER
                                HONORABLE OLIVER W. WANGER
                                UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com