UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GARY MORSE, | ) | |
| | ) | 1:06-CV-508 OWW GSA |
| Plaintiff, | ) | |
| v. | ) | **ORDER SEALING DOCUMENT [88]** |
| BOSTON SCIENTIFIC CORPORATION, | ) | |
| Defendant. | ) | |

Pursuant to the Stipulation of the parties in open court July 23, 2008,

IT IS HEREBY ORDERED that document [88] which is material subject to the protective order is sealed.

IT IS SO ORDERED.

**Dated:   July 23, 2008**            /s/ Oliver W. Wanger
                                  UNITED STATES DISTRICT JUDGE

1