THOMAS A. BRILL, SBN 125356
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| GARY MORSE<br><br>           Plaintiff,<br>  vs.<br><br>BOSTON SCIENTIFIC CORPORATION, et al.<br><br>           Defendants. | CASE NO.:  1:06-CV-00508-OWW-LJO<br><br>**REVISED SCHEDULING ORDER** |

WHEREAS the ex-parte application of plaintiff was heard on July 23, 2008, at 2:30 pm, at which time all counsel appeared, and there being good cause.

THEREFORE the Court hereby modifies the Scheduling Order as follows:

1. Plaintiff shall have until August 1, 2008 to submit a supplemental report of Bruce Agle, the revised report to be served by fax by 12:00 noon;

2. Defendant shall have until August 12, 2008 to submit its response to the

supplemental report;

3. The continued hearing on the motion for summary judgment shall be at 2:00 pm on August 18, 2008 in Courtroom 3;

4. The pretrial conference shall be continued to August 18, 2008, at 2:00 p.m., immediately following the hearing on the motion for summary judgment;

5. Trial shall be continued to September 16, 2008 at 9:00 am in Courtroom 3.

IT IS SO ORDERED.

JULY 29,2008                /s/ OLIVER W. WANGER
                       JUDGE OLIVER W. WANGER