Matthew L. Marshall, Esq., State Bar No. 168013
MORRIS POLICH & PURDY LLP
1055 West Seventh Street
24th Floor
Los Angeles, California 90017
Telephone:  (213) 891-9100

Attorneys for Defendant
BOSTON SCIENTIFIC CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY MORSE, | Case No.:  1:06-CV-00508-OWW-LJO |
| Plaintiff | **ORDER SEALING PREVIOUSLY FILED CONFIDENTIAL DOCUMENTS** |
| vs. | |
| BOSTON SCIENTIFIC CORPORATION, | |
| Defendant | |

After reviewing the stipulation by the parties for an Order sealing certain previously filed documents that contain confidential information, and good cause appearing therefore, the Court makes the following order:

Pursuant to paragraph 6 of the Order Regarding Confidential Information entered December 18, 2007, the document entitled "Second Supplemental Declaration by Bruce Agle, PE in Support of (sic) Opposition to Boston Scientific Corporation's Motion for Summary Judgment," which is referenced on the Court's Docket as Document No. 88, and the document entitled "Supplemental Rule 26 Report And Further Declaration Of Bruce Agle In Opposition To Motion For Summary Judgment And Exhibits", which is referenced on the Court's Docket as

-1-

**STIPULATION AND [PROPOSED] ORDER SEALING PREVIOUSLY FILED CONFIDENTIAL DOCUMENTS**

PDF created with pdfFactory trial version www.pdffactory.com

1

2

Document No. 98, are hereby sealed.

3

IT IS SO ORDERED.

4

5

6

UNITED STATES DISTRICT COURT

7

8

Dated:  August 18, 2008          /s/ OLIVER W. WANGER

9

HONORABLE OLIVER W. WANGER

UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

**STIPULATION AND [PROPOSED] ORDER SEALING PREVIOUSLY FILED CONFIDENTIAL DOCUMENTS**

PDF created with pdfFactory trial version www.pdffactory.com