THOMAS A. BRILL, ESQ. SBN 125356
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| GARY MORSE<br><br>　　　　Plaintiffs,<br>vs.<br><br>BOSTON SCIENTIFIC CORPORATION, ET AL.<br>　　　　Defendants. | CASE NO.:　　1:06-CV-00508-OWW-LJO<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF CASE** |

The parties having met and conferred and agreed to dismiss this case in its entirety and with prejudice. The Stipulation is attached hereto for your reference.

**ORDER**

**IT IS SO ORDERED.**

Dated: December 4, 2008　　　　　　/s/ OLIVER W. WANGER
　　　　　　　　　　　　　　　　　　HONORABLE OLIVER W. WANGER
　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com